1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932



MAY 2 4 2007



5
6                                      CLERK, U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF CALIFORNIA
                                       BY _____ DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10                              2:0 7 - CR - 0 2 1 6 WBS

11  UNITED STATES OF AMERICA,      )
                                   )  CR. S-
12              Plaintiff,         )
                                   )  VIOLATIONS: 18 U.S.C. §
13       v.                        )  2251(b) - Production of a
                                   )  Visual Depiction by a Parent of
14                                 )  a Minor Engaged in Sexually
                                   )  Explicit Conduct; 18 U.S.C.
15                                 )  § 2252(a)(1) - Transportation
                                   )  of a Visual Depiction of a
16  TRAVIS HEFFLEY,                )  Minor Engaged in Sexually
                                   )  Explicit Conduct; 18 U.S.C.
17              Defendant.         )  § 2252(a)(2) - Receipt of
                                   )  Visual Depictions of Minors
18                                 )  Engaged in Sexually Explicit
                                   )  Conduct; 18 U.S.C. §
19                                 ).2252(a)(4)(B) - Possession of
                                   )  Visual Depictions of Minors
20                                 )  Engaged in Sexually Explicit
                                   )  Conduct; 18 U.S.C. § 2253 -
21                                 )  Criminal Forfeiture
                                   )
22  _____

23                    I N D I C T M E N T

24  COUNT ONE:  [18 U.S.C. § 2251(b) - Production of a Visual
                Depiction by a Parent of a Minor Engaged in Sexually
25              Explicit Conduct]

26       The Grand Jury charges:  T H A T

27                      TRAVIS HEFFLEY,

28  defendant herein, between in or about January, 2005 and in or

                               1

1   about December, 2006 in Shasta County, State and Eastern District

2   of California, being a parent, legal guardian, and person having

3   custody and control of a minor, V1, did knowingly permit V1 to

4   engage in sexually explicit conduct, as defined by Title 18,

5   United States Code, Section 2256(2)(A), for the purpose of

6   producing a visual depiction of such conduct, and that such

7   visual depiction was produced using materials that had been

8   shipped and transported in interstate and foreign commerce by any

9   means, all in violation of Title 18, United States Code, Section

10  2251(b).

11

12  COUNT TWO:       [18 U.S.C. § 2252(a)(1) - Transportation of a
                     Visual Depiction of a Minor Engaged in Sexually
13                   Explicit Conduct]

14
         The Grand Jury further charges:  T H A T
15
                            TRAVIS HEFFLEY,
16
    defendant herein, on or about September 5, 2006, did knowingly
17
    transport and ship from the County of Shasta, State and Eastern
18
    District of California, to Ohio, in interstate commerce by
19
    computer, a visual depiction which was produced using a minor
20
    engaged in sexually explicit conduct, as defined by Title 18,
21
    United States Code, Section 2256(2)(A), and which depiction was
22
    of such conduct, all in violation of Title 18, United States
23
    Code, Section 2252(a)(1).
24

25
    COUNT THREE:     [18 U.S.C. § 2252(a)(2) - Receipt of Visual
26                   Depictions of Minors Engaged in Sexually Explicit
                     Conduct]
27

28       The Grand Jury further charges:  T H A T

                                2

1                              TRAVIS HEFFLEY,

2  defendant herein, on or about December 1, 2006, did knowingly

3  receive in the County of Shasta, State and Eastern District of

4  California, in interstate commerce by computer, visual depictions

5  which were produced using minors engaged in sexually explicit

6  conduct, as defined by Title 18, United States Code, Section

7  2256(2)(A), and which depictions were of such conduct, all in

8  violation of Title 18, United States Code, Section 2252(a)(2).

9

10  COUNT FOUR:    [18 U.S.C. § 2252(a)(4)(B) - Possession of Visual
                       Depictions of Minors Engaged in Sexually Explicit
11                     Conduct]

12
       The Grand Jury further charges: T H A T
13
                             TRAVIS HEFFLEY,
14
 defendant herein, on or about December 1, 2006, in the County of
15
 Shasta, State and Eastern District of California, did knowingly
16
 possess matters, to wit: two computer hard drives and numerous
17
 compact discs, which contained visual depictions that had been
18
 shipped and transported in interstate and foreign commerce, by
19
 any means including by computer, the production of which involved
20
 the use of minors engaged in sexually explicit conduct, as
21
 defined by Title 18, United States Code, Section 2256(2)(A), and
22
 were of such conduct, all in violation of Title 18, United States
23
 Code, Section 2252(a)(4)(B).
24

25
 FORFEITURE ALLEGATION:   [18 U.S.C. § 2253 - Forfeiture]
26
       The Grand Jury further charges: T H A T
27
                            TRAVIS HEFFLEY,
28

3

1  defendant herein, upon conviction for violating 18 U.S.C. §§
2  2251(b), 2252(a)(1), 2252(a)(2), and 2252(a)(4)(B), as alleged in
3  Counts ONE through FOUR above, shall forfeit to the United States
4  his interest in any and all matter which contains visual
5  depictions of sexually explicit conduct produced, transported,
6  shipped or received in violation thereof; any property
7  constituting or traceable to gross profits or other proceeds the
8  defendant obtained directly or indirectly as a result of said
9  violations; and any and all property used or intended to be used
10 in any manner or part to commit and to promote the commission of
11 the aforementioned violation, including, but not limited to, the
12 following:

| 1. | Dell CPU serial #4H8R491 |
| 2. | Western Digital HD serial # WCANM2148164 |
| 3. | Home built CPU serial #11522 |
| 4. | Western Digital HD serial # WM3361930802 |
| 5. | CDs |
| 6. | 8mm videotapes |
| 7. | Samsung Camcorder 5CL906 |

20 all in violation of Title 18, United States Code, Section 2253.

22                                      A TRUE BILL.

23                                      /s/ Signature on file w/AUSA

24                                      FOREPERSON

26 McGREGOR W. SCOTT
   United States Attorney

4

INFORMATION PENALTY SLIP

**TRAVIS JAMES HEFFLEY**

## COUNT 1
VIOLATION:  18 U.S.C. § 2251(b) - Production of Visual Depiction by a Parent of a Minor Engaged in Sexually Explicit Conduct

PENALTY:  NLT 15 Years Imprisonment and NMT 30 Years Imprisonment
NMT $250,000 Fine
TSR - Up to Life

## COUNT 2
VIOLATION:  18 U.S.C. § 2252(a)(1) - Transportation of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

PENALTY:  NLT 5 Years Imprisonment and NMT 20 Years Imprisonment
NMT $250,000 Fine
TSR - Up to Life

## COUNT 3
VIOLATION:  18 U.S.C. § 2252(a)(2) - Receipt of Visual Depiction of Minor Engaged in Sexually Explicit Conduct

PENALTY:  NLT 5 Years Imprisonment and NMT 20 Years Imprisonment
NMT $250,000 Fine
TSR - Up to Life

## COUNT 4
VIOLATION:  18 U.S.C. § 2252(a)(4)(B) - Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

PENALTY:  NMT 10 Years Imprisonment
NMT $250,000 Fine
TSR - Up to Life

## FORFEITURE
## ALLIGATION
VIOLATION:  18 U.S.C. § 2253 - Criminal Forfeiture

PENALTY:  As Indicated in the Indictment

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

### TRAVIS HEFFLEY

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2251(b) - Production of a Visual Depiction by a Parent of a Minor Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(1) - Transportation of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(2) - Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(4)(B) - Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2253 - Criminal Forfeiture

*A true bill,*

*Foreman.*

*Filed in open court this _ _ _ _ _ _ _ _ _ _ _ _ _ day*

*of _ _ _ _ _ _ _ _ _ _ _ _ _ , A.D. 20 _ _ _ _ _*

*Clerk.*

*Bail, $* Warrant - No Bail

GREGORY C. HOLLOWS