| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR S-07-0216 -WBS |
|        Plaintiff, | Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report |
| V. | |
| TRAVIS HEFFLEY, | |
|        Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | 8-13-2007 |
| | (Date of Plea or Verdict) |
| Judgment and Sentencing Date: | 10-29-2007 at 8:30 a.m. |
| | (At least 10 weeks after plea) |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 10-22-2007 (1 week before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 10-15-2007 (2 weeks before sentencing) |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | 10-9-2007 (3 weeks before sentencing) |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | 9-17-2007 (5 weeks before sentencing) |

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x)    AUSA
(x)    Defense Counsel
(x)    USPO

Dated:    August 13, 2007               By: /s/ Karen Kirksey Smith
                                                                   Karen Kirksey Smith