1  MICHAEL CHASTAINE, State Bar #121209
   CHASTAINE LAW OFFICE
2  101 Parkshore Drive, Suite 100
   Folsom, CA 95630-4726
3  Telephone: 916-932-1750

4  Attorneys for Defendant
   TRAVIS HEFFLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>      v.<br><br>TRAVIS HEFFLEY,<br><br>            Defendant. | Case No.: 2:07CR00216<br><br>STIPULATION AND ORDER ADVANCING JUDGEMENT AND SENTENCING HEARING |

Defendant TRAVIS HEFFLEY, by and through his attorney, Michael L. Chastaine, and the United States, by and through Assistant United States Attorney Laura Farris, hereby stipulate and agree to advance the in the above-captioned case from Monday, October 29, 2007, at 9:00 a.m. to Tuesday, October 9, 2007, at 9:00 a.m. The continuance is requested to allow defendant TRAVIS HEFFLEY to be transported to Shasta County to complete a plea agreement in which he will be pleading and sentenced to related state charged. The Shasta County court date is October 15, 2007.

1

T. Heffley/Stipulation to Advance Case

Both Ms. Farris and Mr. Chastaine have spoken to U.S. Probation Officer, Linda Dillon and she indicated that she is able to prepare a final report for the Court.

DATED:  October 2, 2007                              CHASTAINE LAW OFFICE

/s/Michael Chastaine
MICHAEL CHASTAINE

DATED: October 2, 2007

/s/Laura Farris
LAURA FARRIS

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for October 29, 2007, is advanced to October 9, 2007, at 9:00 a.m.

DATED:  October 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

T. Heffley/Stipulation to Advance Case