McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00216 WBS |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| TRAVIS HEFFLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Travis Heffley, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   Dell CPU seial #4H8R491;

    b.   Western Digital HD serial # WCANM2148164;

    c.   Home built CPU serial #11522;

    d.   Western Digital HD serial # WM3361930802;

    e.   CDs seized from home;

    f.   8mm videotapes; and

1          g.   Samsung Camcorder 5CL906.

2     2.   The above-listed property includes visual depictions of
3 minors engaged in sexually explicit conduct as described in 18
4 U.S.C. § 2256 and/or constitutes property that used or intended to
5 be used to commit or to promote the commission of a violation of 18
6 U.S.C. §§ 2251(b) and 2252(a)(4)(B).

7     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
8 designee) shall be authorized to seize the above-listed property.
9 The aforementioned property shall be seized and held by the
10 Department of Homeland Security, Customs and Border Protection, in
11 its secure custody and control.

12    4.   a.   Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule
13 83-171, the United States forthwith shall publish at least once for
14 three successive weeks in the Record Searchlight (Shasta County), a
15 newspaper of general circulation located in the county in which the
16 above-listed property was seized, notice of this Order, notice of
17 the Department of Homeland Security, Custom and Border Protection's
18 (or a designee's) intent to dispose of the property in such manner
19 as the Attorney General and/or Secretary of Treasury may direct, and
20 notice that any person, other than the defendant, having or claiming
21 a legal interest in the above-listed property must file a petition
22 with the Court within thirty (30) days of the final publication of
23 the notice or of receipt of actual notice, whichever is earlier.

24         b.   This notice shall state that the petition shall be for
25 a hearing to adjudicate the validity of the petitioner's alleged
26 interest in the property, shall be signed by the petitioner under
27 penalty of perjury, and shall set forth the nature and extent of the
28 petitioner's right, title or interest in the property and any

2

1  additional facts supporting the petitioner's claim and the relief
2  sought.
3           c.   The United States may also, to the extent practicable,
4  provide direct written notice to any person known to have alleged an
5  interest in the property that is the subject of the Order of
6  Forfeiture, as a substitute for published notice as to those persons
7  so notified.
8       5.   If a petition is timely filed, upon adjudication of all
9  third-party interests, if any, this Court will enter a Final Order
10 of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests
11 will be addressed.
12      SO ORDERED this 9th day of October, 2007.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3