# United States District Court
## Eastern District of California
Before the Honorable **WILLIAM B. SHUBB**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TRAVIS JAMES HEFFLEY** | Time in Court: **10 minutes**<br><br>**SENTENCING MINUTES**<br><br>CASE #: CR-S-07-216-01<br>DATE: 10/9/2007<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: Kathy Swinhart |

**For the Government**
Kyle Reardon for Laura Ferris
Assistant United States Attorney

**For the Defendant(s)**
Michael Chastaine
[ ] Assistant Federal Defender
[ ] Appointed    [X] Retained

**Interpreter**: _____
[ ] previously sworn

**Defendant**
[x] Present  [X] In Custody  [ ] O/R  [ ] Bail  [ ] No Appearance  [ ] Waived  [ ] Failed to Appear

**[ x ] Judgment and Sentencing - Date of Plea or Finding of Guilty: 8/13/2007** to Counts 1 and 4 of the Indictment.
**[X] Imprisonment:** 360 months as to Count 1, and 120 months as to Count 4, to be served concurrently for a total term of 360 months.
[ ] Placed on Probation: _____  [ ] Surrender Date: _____
[ ] Probation Conditions: _____

**[X] Special Assessment**: $200 due immediately    [X] **Fine:** Waived

[ ] Bond Exonerated: _____

**[X] Term of supervised release**: Life as to each of Counts 1 and 4. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

**[X] Conditions of supervised release**: Defendant shall 1) not commit another federal, state, or local crime; 2) not possess a firearm as defined in 18 USC 921; 3) not illegally possess controlled substances; 4) submit to the collection of DNA; 5) comply with the standard conditions which have been recommended by the United States Sentencing Commission and adopted by this court; 6) register and comply with the requirements in the federal and state sex offende registration agency in the state and in the jurisdiction of conviction, Eastern District of California, and in any jurisdiction where the defendant resides, is employed, or is a student; and 7) refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of release on supervised release, and at least two periodic drug tests thereafter, not to exceed four drug tests per month.

**[X] Special Conditions**: 1) The defendant shall submit to the search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer in the lawful discharge of the officer's supervision functions with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release; 2) The defendant shall not possess or use a computer or any other device that has access to any "on-line computer service."  This includes any Internet service provider, bulletin board system, or any other public or private computer network; 3) The defendant shall have no contact with children under the age of 18 unless approved by the probation officer in advance.  The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18.  This shall include that the defendant is not to engage in any occupation, either paid or volunteer, which exposes him directly or indirectly with children under the age of 18; 4) The defendant shall (a) consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of any computer equipment or device that has an internal or external modem which may include retrieval and copying of all data from the computer or device and any internal or external peripherals to ensure compliance with conditions and/or removal of such equipment for purposes of conducting a more thorough inspection; and (b) consent at the direction of the probation officer to having installed on the computer or device, at defendant's expense, any hardware or software systems to monitor the computer or device's use; 5) The defendant shall not possess, own, use, view, read, or frequent places with any sexually explicit material in any form the depicts children under the age of 18.  Sexually explicit conduct is defined at 18 USC 2256(2) and means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) sadistic or masochistic abuse; or(e) lascivious exhibition of the genitals or pubic area of any person under the age of 18; 6) The defendant shall consent to third-party disclosure to any employer or potential employer, concerning any computer-related restrictions that are imposed upon him/her.  This includes any activities in which you are acting as a technician, advisor, or consultant with or without any monetary gain or other compensation; 7)The defendant shall attend, cooperate with, and actively participate in a sex offender treatment and therapy program [which may include, but is not limited to, risk assessment, polygraph examination, computer voice stress analysis (CVSA), and/or ABEL assessment] as approved and directed by the probation officer and as recommended by the assigned treatment provider; and 8) As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

**Restitution:**  [ ] Total Restitution:_____    [   ] Interest on Restitution: _____
[  ] Restitution Payable to:_____

**Appeal Rights:** [ ] Given_____    **[ X ] Waived**_____

**Recommendation**:  The Court recommends that the defendant be incarcerated at the facility in Lompoc or Terminal Island, but only insofar as this recommendation accords with security classification and space availability.

**[X] Upon motion made by the Government, the Court dismisses Counts:**    2 and 3

**[X] Other:** The Court signed the order of Preliminary Forfeiture.