```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9                            ----oo0oo----
10
11   UNITED STATES,                   No. 2:07-cr-216 WBS
12          Plaintiff,
13      v.                            ORDER
14   TRAVIS HEFLEY,
15          Defendant.
16
17                            ----oo0oo----
```

Before the court is the filing by defendant Travis Heffley dated February 11, 2020. (Docket No. 21.) While it is unclear precisely what defendant requests through this filing, it appears that he is attempting to plead guilty to a violation of 18 U.S.C. § 1623 in connection with his presentence interview in this case. However, defendant has not been charged with such a violation in this case, or any other case in this court. Accordingly, defendant's requested relief is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  February 13, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE