UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS HEFFLEY,<br><br>　　　　Defendant. | No. 2:07-cr-216-WBS<br><br><br>ORDER |

----oo0oo----

　　　　Defendant has filed a motion to withdraw his guilty plea. (Docket No. 24.) However, defendant provides no facts or legal arguments in support of his request. Moreover, while defendant states that the motion is made pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), that rule by its express terms applies only to withdrawals of guilty pleas before the imposition of a sentence. Accordingly, the motion is DENIED.

　　　　IT IS SO ORDERED.

Dated: August 31, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1