UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:07-cr-216-WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| TRAVIS HEFFLEY, | |
| Defendant. | |

----oo0oo----

Defendant's "Motion for Leave to File Supplemental Answer" (Docket No. 23) is hereby REFERRED to a Magistrate Judge to be assigned for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Dated: August 31, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1