UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS HEFFLEY, | **No. 2:07-cr-0216-WBS-DB** |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed a document titled "Motion to Suspend Psychiatric Treatment." (ECF No. 23.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 17, 2020, are adopted in full;

2. Petitioner's motion (ECF No. 23) is denied. Petitioner's application for a writ of habeas corpus is dismissed, without prejudice, for lack of jurisdiction.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  November 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/heff0216.804